■ In the Matter of ELLA HUNTE, Respondent, v. JAN H. VAN DEN HENDE, as Mayor of the Incorporated Village of Pomona, et al., Appellants.— Appeal from a judgment of the Supreme Court, made August 16, 1968 in Orange County and entered August 19, 1968 in Rockland County, dismissed as academic, without costs. The judgment was vacated by the order of said court dated November 12, 1968, which granted reargument. Appeal, as limited by appellants' brief, from so much of an order of the Supreme Court, made November 12, 1968 in Orange County and entered November 14, 1968 in Rockland County, as, on reargument, adhered to the determination in the judgment entered August 19, 1968. Order affirmed insofar as appealed from, without costs. No opinion. Christ, ·Acting P. J., Brennan, Rabin, Munder and Martuscello, JJ., concur.

■ In the Matter of TRANS COUNTRY STORAGE, INC., Appellant, v. BADLER & ZITO, Respondents.— In a proceeding by a judgment creditor to direct third parties to turn over money which is the property of or owed to the judgment debtor, pursuant to CPLR 5225 and 5227, the petitioner appeals from an order of the Supreme Court, Nassau County, dated January 9, 1969, which (1) granted the third parties' motion to vacate a prior order of said court, dated August 23, 1968, granting the application, and (2) denied the application. Order reversed, on the law and the facts, with $20 costs and disbursements; third parties' motion denied; and original determination, granting the application, adhered to. (See Koroleski v. Badler, 32 A D 2d 810.) Beldock, P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.